


EXHIBIT B