***UNITED STATES DISTRICT COURT***
***FOR THE DISTRICT OF RHODE ISLAND***

| | | |
|---|---|---|
| MICHAEL R. SCHRAMM and<br>LITTLE KIDS, INC.,<br>Plaintiffs | : | |
| v. | : | Civil Action No. 08-131S |
| PLACO TOYS INCORPORATED,<br>Defendant | : | |

***PLAINTIFFS' MOTION FOR ALTERNATIVE SERVICE***

Pursuant to Rule 4(e)(i) of the Federal Rules of Civil Procedure, plaintiffs Michael R. Schramm and Little Kids, Inc. ("Plaintiffs") hereby move this Court for an Order, in the form attached hereto, permitting Plaintiffs to effect service of process on the defendant, Placo Toys Incorporated ("Placo") by serving its agent for service of process

1. by electronic mail; and

2. by regular mail; and

3. by regular mail, and by certified mail, return receipt requested, to Placo's counsel in other litigation.

In support of this motion, Plaintiffs rely on a memorandum and affidavit, filed herewith.

WHEREFORE, Plaintiffs request that their Motion for Alternative Service be granted.

MICHAEL R. SCHRAMM and
LITTLE KIDS, INC.

/s/ Robert D. Fine

Robert D. Fine (# 2447)
Douglas J. Emanuel (#5176)
Chace Ruttenberg & Freedman, LLP
One Park Row, Suite 300
Providence, RI 02903
Tel: (401) 453-6400
Fax: (401) 453-6411
Email: rfine@crfllp.com

Dated: May 5, 2008

***UNITED STATES DISTRICT COURT***
***FOR THE DISTRICT OF RHODE ISLAND***

| | | |
|---|---|---|
| MICHAEL R. SCHRAMM and<br>LITTLE KIDS, INC.,<br>Plaintiffs | : | |
| v. | : | Civil Action No. 08-131S |
| PLACO TOYS INCORPORATED,<br>Defendant | : | |

***MEMORANUM IN SUPPORT OF***
***PLAINTIFFS' MOTION FOR ALTERNATIVE SERVICE***

Plaintiffs Michael R. Schramm and Little Kids, Inc. (collectively, "Plaintiffs") have moved this Court for an order permitting alternative service of process. Plaintiffs submit this memorandum in support of the motion.

Plaintiff Little Kids, Inc. ("Little Kids") and defendant Placo Toys Incorporated ("Placo") are competitors. Plaintiffs initiated an action in this Court against defendant Placo, alleging patent infringement and seeking a declaratory judgment involving a patent owned by Plaintiffs.

The Federal Rules of Civil Procedure permit service upon a foreign corporation within the United States by following state law of the state where the district court presiding over the action is located. *Fed. R. Civ. P. 4(h)(1)(a)* (service of process can be effected according to the rules of the jurisdiction in which the District Court sits). In this instance, as a foreign corporation, service of process is effected by certified mail, return receipt requested, upon an agent authorized by law to receive such process. *Super. R. Civ. P. 4(f)(2).*

Placo is a California corporation. Its agent for service of process, as reflected in California Secretary of State records, is Douglas Thai. *Affidavit of Robert Fine ("Fine Aff."),* ¶ 6. After filing suit, and pursuant to the Rules of Civil Procedure, Plaintiffs attempted to serve Mr. Thai by certified mail, return receipt requested. In addition to being Placo's registered

agent, Mr. Thai is also a contact person for Placo's business, *Fine Aff.*, ¶ 2, 6 and 8, and works at the same address as Placo. *Fine Aff.*, ¶ 2, 6 and 8. Thai has provided the same address for toy fairs and has provided his email address for those toy fairs, *Fine Aff.* ¶ 8, but he has not accepted certified mail at that address.

Notwithstanding his status as agent for service of process, Mr. Thai did not accept service of the summons and complaint intended for Placo on April 11 or again on April 22. *Fine Aff.*, ¶ 2 and 4. Instead, the envelopes were returned bearing the notation "Attempted - Not Known." *Fine Aff.*, ¶ 3 and 4.

Difficulty in serving process on Placo is not new. In prior litigation by Little Kids against Placo, service was attempted in California on several occasions, without success. The process server claimed no one was at the address. Service was eventually accomplished at a fortuitous meeting of Douglas Thai at a New York toy show. *Fine Aff.*, ¶ 10. In that litigation, Placo engaged Raymond Sun, Esq., an intellectual property attorney practicing in Irvine, California, as its attorney, an engagement that continues this day. *Fine Aff.*, ¶ 11 and 12.

Plaintiffs wish to and need to serve Placo with process. Placo apparently is structured to avoid service on its listed agent, and is failing to accept certified mail even when sent to the registered agent of the corporation at his address for service.

Because of Placo's conduct – in this litigation as well as in other litigation - Plaintiffs request an order of this Court permitting three reliable forms of service of process to put Placo on notice of this suit, all to be accompanied by the Court's order granting this motion:

1. by electronic mail to an address touted by its registered agent as his address;
2. by regular mail to Placo's place of business; and
3. by certified mail, return receipt requested, and regular mail, to Placo's counsel in other litigation.

As these means are equally effective in putting Placo on notice of the pendency of this suit, and based upon the lengths Placo continues to go to avoid service, Plaintiffs pray that their motion be granted and that the Court enter an order allowing alternative service of the summons and complaint upon Placo.

MICHAEL R. SCHRAMM and
LITTLE KIDS, INC.

/s/ Robert D. Fine

Robert D. Fine (# 2447)
Douglas J. Emanuel (#5176)
Chace Ruttenberg & Freedman, LLP
One Park Row, Suite 300
Providence, RI 02903
Tel: (401) 453-6400
Fax: (401) 453-6411
Email: rfine@crfllp.com

Dated: May 5, 2008