UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MICHAEL R. SCHRAMM and LITTLE KIDS, INC., Plaintiffs | : | |
| v. | : | C.A. No. 08-131S |
| PLACO TOYS INCORPORATED, Defendant | : | |

***AFFIDAVIT OF ROBERT D. FINE IN SUPPORT OF MOTION FOR ALTERNATIVE SERVICE***

I, ROBERT D. FINE, on oath do depose and state as follows:

1. I am the attorney for Plaintiffs in the above-entitled matter.

2. On April 11, 2008, I filed the complaint in the above-entitled matter in the United States District Court for the District of Rhode Island and caused to be mailed by certified mail, return receipt requested, a copy of the summons and complaint to Douglas Thai, the agent for service of process for the defendant, Placo Toys Incorporated ("Placo") at his address in Commerce, California.

3. That certified mail was returned bearing a notation that Douglas Thai was not known.

4. On April 22, 2008, I caused a second effort at serving Placo by certified mail, return receipt requested, and that mail was also returned bearing the notation "ANK" on the envelope, which I understand to mean "Attempted - Not Known."

5. Copies of the returned envelopes are attached as Exhibits 1 and 2, respectively.

6. A copy of the publicly-available information for Placo and its registered agent, obtained from the website of the Secretary of State for the State of California, is attached hereto as Exhibit 3.

7. Internet research reveals that Placo was a participant at the recent San Francisco International Gift Fair ("SF Gift Fair"), which occurred beginning January 26 and ending January 29, 2008.

8. Placo's registration at the SF Gift Fair provides contact information for Douglas Thai, identical to the information listed with the Secretary of State. It also provides an e-mail address for Placo.

9. Placo is a direct competitor with Plaintiff Little Kids, Inc. ("Little Kids").

10. In prior litigation between Little Kids against Placo, Placo also was unavailable for service at the agent's address, and personal service had to be obtained in New York at another toy fair where Placo was participating.

11. Placo was represented in that matter by Raymond Sun, Esq., an attorney in Irvine, California, and Mr. Sun continues to represent Placo in a variety of intellectual property matters.

12. Mr. Sun remains as counsel for Placo and this office has corresponded with him on this matter, in which Plaintiffs, the patent holders, allege that Placo has infringed their patent.

May 5, 2008
Date

Robert D. Fine

STATE OF RHODE ISLAND
COUNTY OF PROVIDENCE

Subscribed to and sworn before me this 5 day of May, 2008.

Wendy R. Weiss
Notary Public
Commission Expires

CERTIFIED

0 1490 0004 9376 7716

UNITED STATES POSTAGE
PITNEY BOWES
02 1P $ 006.28⁰
0002693057 APR 11 2008
MAILED FROM ZIP CODE 02903

Chace Ruttenberg & Freedman, LLP
Attorneys at Law

Mr. Douglas Thai
Placo Toys Inc.
6055 E. Washington Blvd.
Commerce, CA 90040

CR&F

One Park Row ▪ Suite 300 ▪ Providence ▪ Rhode Island 02903

Rt #
Carr. Init.
Date
☐ Not Deliverable As Addressed
☐ Unable To Forward
☐ Insufficient Address
☐ Moved, Left No Address
☐ Unclaimed ☐ Refused
☒ Attempted – Not Known
☐ No Such Street
☐ No Such Number
☐ Vacant ☐ Illegible
☐ No Mail Receptacle
☐ Box Closed – No Order
☐ Returned For Better Address
☐ Postage Due

CSO (initial/sig)
4/11/08
date

BY U.S. MARSHAL'S OFFICE

"SCANNED"

EX 1

7007 1490 0004 9376 7747

Chace Ruttenberg & Freedman, LLP
Attorneys at Law

Mr. Douglas Thai
Placo Toys Inc.
6055 E. Washington Blvd., Suite 505
Commerce, CA 90040

CR&F

One Park Row ▪ Suite 300 ▪ Providence ▪ Rhode Island ▪ 02903

"SCANNED"
by U.S. MARSHAL'S OFFICE
CSO (initial/sig) date

EX. 2

# California Business Portal

Secretary of State DEBRA BOWEN

**DISCLAIMER:** The information displayed here is current as of APR 25, 2008 and is updated weekly. It is not a complete or certified record of the Corporation.

| **Corporation** | | |
|---|---|---|
| PLACO TOYS INCORPORATED | | |
| **Number:** C2017164 | **Date Filed:** 8/26/1997 | **Status:** active |
| **Jurisdiction:** California | | |
| **Address** | | |
| 6055 E WASHINGTON BLVD STE 505 | | |
| COMMERCE, CA 90040 | | |
| **Agent for Service of Process** | | |
| DOUGLAS THAI | | |
| 6055 E WASHINGTON BLVD STE 505 | | |
| COMMERCE, CA 90040 | | |

Blank fields indicate the information is not contained in the computer file.

If the status of the corporation is "Surrender", the agent for service of process is automatically revoked. Please refer to California Corporations Code Section 2114 for information relating to service upon corporations that have surrendered.

Ex. 3