STATE OF RHODE ISLAND
PROVIDENCE, SC.

SIXTH DIVISION
DISTRICT COURT

StemCells, Inc.,
f/k/a Cytotherapeutics, Inc.

-V-

C.A. No. 07-11261

MultiCell Technologies, Inc.

ORDER ON MOTION FOR SERVICE
BY ELECTRONIC MAIL AND U.S. MAIL

This matter having come on for hearing, ex parte, on motion for special order of service, and pursuant to Rule 4(e)(2) of the District Court Civil Rules, and after consideration thereof, it is hereby

**ORDERED**

1. Plaintiff's motion for special service is granted.

2. Plaintiff may serve a copy of the summons and complaint in this trespass and ejectment action and this order upon MultiCell Technologies, Inc. ("MultiCell"), by both United States mail and electronic mail to:

   (a) Gerald Newmin, Secretary of MultiCell;
   (b) 701 George Washington Highway, Lincoln, Rhode Island;
   (c) 9710 Scranton Road, Suite 170, San Diego; and

3. The trial shall take place on the eighth day after electronic mail has been sent or as soon thereafter as the Court is in session, in accordance with R.I. Gen. Laws § 34-18.1-9.

ENTER:

PER ORDER:

____________________________

____________________________

Presented by:

_______________________________

Robert D. Fine, Esq. (#2447)
Chace Ruttenberg & Freedman, LLP
One Park Row, Suite 300
Providence, RI 02903
Phone: (401) 453-6400
Fax: (401) 453-6411