***UNITED STATES DISTRICT COURT***
***FOR THE DISTRICT OF RHODE ISLAND***

| | | |
|---|---|---|
| MICHAEL R. SCHRAMM and LITTLE KIDS, INC., Plaintiffs | : | |
| v. | : | Civil Action No. 08-131S |
| PLACO TOYS INCORPORATED, Defendant | : | |

***ORDER ON PLAINTIFFS' MOTION FOR ALTERNATIVE SERVICE***

This matter having come on for hearing, ex parte, on motion for order of alternate service, and pursuant to Rule 4(e)(i) of the Federal Rules of Civil Procedure, and after consideration thereof, it is hereby

**ORDERED**

Plaintiffs' Motion for Alternative Service is granted, permitting Plaintiffs to effect service of process on the defendant, Placo Toys Incorporated ("Placo") by serving its agent for service of process

1. by electronic mail at placo1963@aol.com; and
2. by regular mail serving its agent for service of process at 6055 East Washington Blvd., Suite 505, Commerce, CA 90040; and
3. by regular mail, and by certified mail, return receipt requested, to Raymond Sun, Esq. at 20 Corporate Park, Suite 155, Irvine, CA 92606

ENTER:
Wendy Smith

PER ORDER:
WSMM
5/8/08