UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MICHAEL R. SCHRAMM and LITTLE KIDS, INC. Plaintiffs | : | |
| -V- | : | C.A. No. 08-131S |
| PLACO TOYS INCORPORATED Defendant | : | |

AFFIDAVIT OF SERVICE

I, ROBERT D. FINE, of Providence, Rhode Island, on oath depose and state as follows:

1. I am the attorney for Plaintiffs, Michael R. Schramm and Little Kids, Inc., in the above-entitled matter, and I am a member of the bar of the State of Rhode Island.

2. In accordance with the Order on Plaintiffs' Motion for Alternative Service, entered May 8, 2008, I caused to be mailed by regular mail, a summons and complaint to: Defendant Placo Toys Incorporated, 6055 East Washington Boulevard, Suite 505, Commerce, CA 90040 and also by electronic mail to placo1963@aol.com and regular and certified mail to Raymond Sun, Esq., at 20 Corporate Park, Suite 155, Irvine, CA 92606 all on May 12, 2008. The green card accompanying the certified mail was received May 15, 2008, so that the summons and complaint were received by Defendant as of May 15, 2008. A copy of the certified mail receipt is attached. Defendant, through Raymond Sun, has contacted me to acknowledge receipt of the summons and complaint on behalf of the Defendant so I can attest that Defendant is aware of the pendency of this claim.

Robert D. Fine

Robert D. Fine, Attorney for Plaintiffs

STATE OF RHODE ISLAND
COUNTY OF PROVIDENCE

Subscribed to and sworn before me as to the truth of the above facts by Robert D. Fine, Esq., in Providence, Rhode Island this 20th day of May, 2008.

Wendy A. Weiss

Notary Public

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Raymond Sun, Esq.
20 Corporate Park, Suite 155
Irvine, CA 92606

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X ☐ Agent ☐ Addressee

B. Received by (Printed Name) C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

IRVINE CA UNIT 1 MAY 15 2008 USPS

3. Service Type
☐ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)* ☐ Yes

2. Article Number
*(Transfer from service* 7006 0100 0000 8577 2498

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540