**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| MICHAEL R. SCHRAMM<br>and LITTLE KIDS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>PLACO TOYS INCORPORATED,<br><br>Defendant. | C.A. No. 08-131-S-DLM |

**ANSWER AND COUNTERCLAIM**

Placo Toys Incorporated ("Placo") hereby answers the Complaint of Plaintiffs Michael R. Schramm ("Schramm") and Little Kids, Inc. ("Little Kids") and asserts its Counterclaims. These responses are based upon Placo's knowledge as to its own activities, and upon information and belief as to the activities of others. The numbered paragraphs herein correspond to the like numbered paragraphs of the Complaint.

**Nature of the Action**

1. In response to paragraph 1 of the Complaint, Placo admits that the Complaint purports to allege a civil action for infringement by Placo of U.S. Patent No. RE 39,443 ("the '443 Patent") and for declaratory judgment that Little Kids has not infringed U.S. Patent No. 6,659,831 ("the '831 Patent'"). Except as admitted, Placo denies the allegations of paragraph 1 of the Complaint.

**The Parties**

2. Placo is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 2 of the Complaint, and therefore denies the same.

3. Placo is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 3 of the Complaint, and therefore denies the same.

4. Placo denies the allegations of paragraph 4 of the Complaint.

## Jurisdiction and Venue

5. In response to paragraph 5 of the complaint, Placo admits that the Complaint purports to allege that this Court has subject matter jurisdiction over the action as well as jurisdiction conferred by 28 U.S.C. § 1331. Except as admitted, Placo denies the allegations of paragraph 5 of the Complaint.

6. Placo denies the allegations of paragraph 6 of the Complaint.

7. In response to paragraph 7 of the complaint, Placo admits that the Complaint purports to allege that venue is proper in Rhode Island. Except as admitted, Placo denies the allegations of paragraph 7 of the Complaint.

## Background

8. Placo admits that a true and correct copy of the ‘443 Patent is attached to the Complaint. Placo is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 8 of the Complaint, and therefore denies the same.

9. Placo is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 9 of the Complaint, and therefore denies the same.

10. Placo is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 10 of the Complaint, and therefore denies the same.

11. Placo denies the allegations of paragraph 11 of the Complaint.

12. Placo denies the allegations of paragraph 12 of the Complaint.

13. Placo denies the allegations of paragraph 13 of the Complaint..

**COUNT I**
**(Violation of Patent Act as to the '443 Patent)**

14. Placo hereby incorporates its responses to paragraphs 1 through 13 inclusive herein by reference.

15. Placo denies the allegations of paragraph 15 of the Complaint.

16. Placo denies the allegations of paragraph 16 of the Complaint.

17. Placo denies the allegations of paragraph 17 of the Complaint.

**COUNT II**
**(Declaratory Judgment)**

18. Placo hereby incorporates its responses to paragraphs 1 through 13 inclusive herein by reference.

19. Placo denies the allegations of paragraph 19 of the Complaint.

20. Placo denies the allegations of paragraph 20 of the Complaint.

21. In response to paragraph 21 of the complaint, Placo admits that the Complaint purports to allege that Little Kids denies that its My First Toy infringes the '831 Patent. Except as admitted, Placo denies the allegations of paragraph 21 of the Complaint.

22. Placo denies the allegations of paragraph 22 of the Complaint.

23. Placo denies the allegations of paragraph 23 of the Complaint.

**General Denial**

Placo denies that Plaintiffs are entitled to the relief sought against Placo, or otherwise, or to any relief whatsoever.

**AFFIRMATIVE DEFENSES**

1. The Complaint fails to state a claim upon which relief could be granted.

2. The claims of the '443 Patent are invalid for failure to comply with one or more of the following statutory provisions: 35 U.S.C. § 102, 103, and 112.

3. Placco has not infringed, either directly, contributorily, or by inducement, the claims of the ’443 Patent either literally or under the doctrine of equivalents.

## COUNTERCLAIM

Counterclaimant Placo Toys Incorporated hereby asserts the following counterclaims against Counterclaim Defendants Michael R. Schramm (“Schramm”) and Little Kids, Inc. (“Little Kids”) (collectively “Counterclaim Defendants”). These allegations are based upon Placo’s knowledge as to its own activities, and upon information and belief as to the activities of others.

### Jurisdiction and Venue

1. This is an action for declaratory judgment of patent invalidity and non-infringement. This action arises under the Declaratory Judgment Act, 28 U.S.C. §§ 2201-2202, and the patent law of the United States, Title 35, United States Code. This Court has jurisdiction over the subject matter of this action in accordance with 28 U.S.C. §§ 1331 and 1338(a). Counterclaim Defendants have sued Placo alleging patent infringement in this district. Venue is proper under 28 U.S.C. § 1391(b) and (c).

### The Parties

2. Placo is a corporation organized under the laws of the State of California, having its principal place of business in Commerce, California.

3. Schramm claims to be an individual and a citizen and resident of Utah. Schramm claims to be the owner of all rights, title, and interest in U.S. Patent No. RE 39,443 (“the ’443 Patent”).

4. Little Kids claims to be a corporation organized and existing under the laws of Rhode Island, and claims to have a license agreement with Schramm concerning the ’443 Patent.

5. There is an actual and justiciable controversy between Placo and Counterclaim Defendants with respect to the validity and infringement of the ’443 Patent.

## FIRST COUNTERCLAIM
## Declaratory Judgment of Non-Infringement

6. Placo hereby incorporates paragraphs 1 through 5, inclusive, herein by reference.

7. Placo has not directly infringed, contributed toward the infringement of, nor actively induced others to infringe the ’443 Patent, either literally or under the doctrine of equivalents.

## SECOND COUNTERCLAIM
## Declaratory Judgment of Invalidity

8. Placo hereby incorporates paragraphs 1 through 7, inclusive, herein by reference.

9. The ’443 Patent is invalid for failure to comply with one or more of the following statutory provisions: 35 U.S.C. §§ 101, 102, 103, and 112.

## Prayer for Relief

WHEREFORE, Placo respectfully requests that this Court enter judgment:

1. Dismissing Plaintiffs’ Complaint against Placo in its entirety with prejudice;

2. Denying Plaintiffs any and all relief for any claim in the Complaint;

3. Declaring that Placo has not infringed any claim of the ’443 Patent;

4. Declaring that the ’443 Patent is invalid;

5. Declaring that this is an exceptional case under 35 U.S.C. § 285;

6. Awarding Placo the costs of this action and its reasonable attorney’s fees to the fullest extent permitted by law; and

7. Granting Placo such other and further relief as the Court deems just and proper, including an award of interest on any and all sums awarded to Placo.

**DEMAND FOR JURY TRIAL**

Counterclaimant Placo Toys Incorporated hereby demands a trial by jury of all issues triable by a jury.

PLACO TOYS INCORPORATED

By Its Attorneys,

PARTRIDGE SNOW & HAHN LLP

/s/ Steven E. Snow

Steven E. Snow (#1774)
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 FAX
ses@psh.com

DATED: June 18, 2008

*Of Counsel:*

Victor deGyarfas
Ted Rittmaster
FOLEY & LARDNER LLP
555 South Flower Street
Suite 3500
Los Angeles, CA 90071-2411
(213) 972-4500
(213) 486-0065 FAX
vdegyarfas@foley.com
trittmaster@foley.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing ANSWER AND COUNTERCLAIM was filed with the Clerk of the United States District Court for the District of Rhode Island on the 18th day of June, 2008 and is available for viewing and downloading to the following registered counsel of record:

Robert D. Fine, Esq. / Chace Ruttenberg & Freedman, LLP
rfine@crfllp.com

/s/ Steven E. Snow

991567_1