(Effective 3/17/2008)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF RHODE ISLAND

MICHAEL R. SCHRAMM, et al.
Plaintiff(s)

v.

PLACO TOYS INCORPORATED
Defendant(s)

Dkt. No. 08-131-ML-LDA
Consolidated w/ 08-130-ML-LDA

**MOTION FOR ADMISSION PRO HAC VICE**

~~Plaintiff~~/Defendant PLACO TOYS INCORPORATED hereby moves that Victor de Gyarfas be admitted PRO HAC VICE in the above case as counsel with local counsel identified below.

Signature of Pro Hac Vice Applicant

I hereby certify that I have reviewed the Application for Pro Hac Vice Admission that is being submitted with the application fee, and I join in the foregoing motion. I acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

Signature of Local Counsel

Steven E. Snow
Print Name

PARTRIDGE SNOW & HAHN LLP
Firm and Business Address

180 South Main Street

Providence, RI 02903

RI Bar ID # 1774

Email: ses@psh.com

Tel. # (401) 861-8200

Fax # (401) 861-8210

---

**ORDER**

This motion is hereby _____ GRANTED _____ DENIED

District Judge

Date

**CERTIFICATE OF SERVICE**

I hereby certify that on June 24, 2008, a copy of the foregoing MOTION FOR ADMISSION PRO HAC VICE was filed with the Clerk of the United States District Court for the District of Rhode Island and is available for viewing and downloading to the following registered counsel of record:

Robert D. Fine, Esq. / Chace Ruttenberg & Freedman, LLP
rfine@crfllp.com

and that a copy has been sent by prepaid first class mail addressed to:

James J. Foster, Esq.
Wolf Greenfield
600 Atlantic Avenue
Boston, MA 02210

/s/ Steven E. Snow