UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MICHAEL R. SCHRAMM and LITTLE KIDS, INC. Plaintiffs | : | |
| -V- | : | C.A. No. 08-131-S |
| PLACO TOYS INCORPORATED Defendant | : | |

REPLY TO COUNTERCLAIMS

Plaintiffs, Michael R. Schramm ("Schramm") and Little Kids, Inc. ("Little Kids") hereby reply to the Counterclaims of Defendant Placo Toys Incorporated ("Placo" or "Defendant"):

FIRST DEFENSE

Defendant's counterclaims fail to state claims on which relief can be granted against either Plaintiff.

SECOND DEFENSE

In response to Defendant's preamble, Plaintiffs admit that Defendant purports to assert Counterclaims against Schramm and Little Kids. Plaintiffs are without knowledge or information sufficient to form a belief as to all other averments of the preamble.

With respect to the averments in the numbered paragraphs of the Counterclaims, Schramm and Little Kids ("Plaintiffs") reply as follows:

REPLY

1. Plaintiffs admit the averments of paragraph 1.

2. Plaintiffs admit that Placo is organized under the laws of the State of California, and that Placo asserts that its principal place of business is in Commerce, California. Plaintiffs are

without knowledge or information sufficient to form a belief as to the truth of the averment that Placo's principal place of business is in Commerce, California.

3. Plaintiffs admit the averments of paragraph 3.

4. Plaintiffs admit the averments of paragraph 4.

5. Plaintiffs admit the averments of paragraph 5.

6. Plaintiffs repeat and incorporate by this reference their responses to paragraphs 1 -5.

7. Plaintiffs deny the averments of paragraph 7.

8. Plaintiffs repeat and incorporate by this reference their responses to paragraphs 1 – 7.

9. Plaintiffs deny the averments of paragraph 9.

In response to Defendant's prayer for relief, Plaintiffs deny that Defendant is entitled to the prayed for, or any other, relief.

PLAINTIFFS DEMAND A JURY TRIAL ON ALL ISSUES.

MICHAEL R. SCHRAMM and
LITTLE KIDS, INC.

By their attorneys,

/s/ Robert D. Fine

Robert D. Fine, Esq. (#2447)
Chace Ruttenberg & Freedman, LLP
One Park Row, Suite 300
Providence, RI 02903
Phone: (401) 453-6400
E-mail: rfine@crfllp.com

/s/ James J. Foster

James J. Foster (pro hac vice)
Wolf, Greenfield & Sacks, P.C.
600 Atlantic Avenue
Boston, MA 02210
Phone: (617) 646-8225
E-mail: jfoster@wolfgreenfield.com

Dated: June 26, 2008

***CERTIFICATE OF SERVICE***

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on June 26, 2008.

/s/ Robert D. Fine