# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

MICHAEL R. SCHRAMM and LITTLE KIDS, INC.,
Plaintiffs

v.

PLACO TOYS INCORPORATED,
Defendant

C.A. No. 08-131-ML

## INITIAL PRE-TRAIL CONFERENCE STATEMENT

Defendant, Placo Toys Incorporated ("Placo"), hereby submits its initial pre-trial conference statement for the conference scheduled for Monday, August 25, 2008 at 2:30 P.M.

Placo and Plaintiff, Little Kids, Inc. ("Little Kids"), distribute competing toys designed to manufacture bubbles in large volume. Both are assignees of patents which purport to protect their respective inventions. Little Kids has brought an action for infringement by Placo of Schramn's '443 patent, and also seeks a declaratory judgment that Little Kids has not infringed Placo's '831 patent. In response, Placo has filed a counterclaim seeking declaratory judgment of non-infringement of the '443 patent, either literally or under the doctrine of equivalents. Placo has also counter claimed for declaratory judgment declaring that the '443 patent is invalid on a variety of grounds, including obviousness, lack of novelty, and failure to disclose prior art. The issues involved in the counterclaim are essentially the same as those raised by Plaintiffs' claim and Placo's defenses thereto.

Respectfully submitted,

PLACO TOYS INCORPORATED,

By Its Attorneys,

PARTRIDGE SNOW & HAHN LLP

/s/ Steven E. Snow

Steven E. Snow (#1774)
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 FAX

DATED: August 18, 2008

*Of Counsel:*

Victor deGyarfas, Esq.
Ted Rittmaster, Esq.
FOLEY & LARDNER LLP
555 South Flower Street
Suite 3500
Los Angeles, CA 90071-2411
(213) 972-4500
(213) 486-0065 FAX
vdegyarfas@foley.com
trittmaster@foley.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing INITIAL PRE-TRIAL CONFERENCE STATEMENT was filed with the Clerk of the United States District Court for the District of Rhode Island on the 18th day of August, 2008 and is available for viewing and downloading to the following registered counsel of record.

Robert D. Fine, Esq. / Chace Ruttenberg & Freedman, LLP
rfine@crfllp.com

/s/ Steven E. Snow

1002708_1/999998-75