***UNITED STATES DISTRICT COURT***
***FOR THE DISTRICT OF RHODE ISLAND***

| | | |
|---|---|---|
| MICHAEL R. SCHRAMM and | : | |
| LITTLE KIDS, INC. | : | |
| | : | |
| v. | : | Civil Action No. 08-131-ML |
| | : | |
| PLACO TOYS INCORPORATED | : | |

## *PLAINTIFFS' PRETRIAL CONFERENCE STATEMENT*

Plaintiffs Michael R. Schramm ("Schramm") and Little Kids, Inc. ("Little Kids") respectfully submit the following conference statement in advance of the August 25, 2008 conference with the Court. This action is for infringement by defendant Placo Toys Incorporated ("Placo") of Schramm's United States Letters Patent No. RE 39,443 (the "'443 Patent").

Schramm invented and patented a spill-resistant container used for blowing bubbles. The United States Patent and Trademark Office awarded the '443 Patent for Schramm's improved spill-resistant bubble solution container. Little Kids is a licensee of the '443 patent.

Little Kids is a Rhode Island toy company. Over the past 18 years, Little Kids has grown from a start-up company with no sales to a company with its office in Providence, a Cranston warehouse, a workforce of more than 25 employees, and relationships with manufacturers, assemblers, product development firms and service providers who employ hundreds of people in Rhode Island for whom Little Kids is a significant account. Spill-resistant bubble blowing toys are an important part of Little Kids' business.

Placo is a Hong Kong toy company which is manufacturing a bubble toy which infringes the '443 Patent, and selling it in the United States to Little Kids' customers. Schramm and Little Kids seek relief from Placo's infringement.

Little Kids also seeks a declaration that its My First Bubble toy does not infringe a Placo patent, as previously claimed by Placo. Placo's answer appears to concede that Placo no longer claims infringement as to this toy, and Little Kids intends to seek judgment on this claim.

The spill-resistant bubble container technology is easy to understand. Schramm and Little Kids believe the legal issues will be standard patent infringement issues, such as infringement and damages.

Little Kids is being damaged by ongoing sales of the infringing products, and seeks to have these sales stopped. Little Kids therefore seeks a trial date before May 30, 2009, when sales for the 2010 season are likely to be confirmed, with 2010 season shipment beginning shortly thereafter.

Plaintiffs,

MICHAEL R. SCHRAMM and
LITTLE KIDS, INC.

/s/ Robert D. Fine
/s/ Douglas J. Emanuel

Robert D. Fine (# 2447)
Richard D. Zimmerman (#4043)
Douglas J. Emanuel (#5176)
Chace Ruttenberg & Freedman, LLP
One Park Row, Suite 300
Providence, RI 02903
Tel: (401) 453-6400
Fax: (401) 453-6411

/s/ James J. Foster

James J. Foster (*pro hac vice*)
Wolf, Greenfield & Sacks, P.C.
600 Atlantic Avenue
Boston, MA 02210
Tel.: (617) 646-8225
Fax: (617) 646-8646
Email: jfoster@wolfgreenfield.com

Dated: August 20, 2008

## *CERTIFICATE OF SERVICE*

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on August 20, 2008.

/s/ Douglas J. Emanuel